UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                          Case Nos.: 3:13cr76-MCR-CJK
                                                                    3:15cv447-MCR-CJK

**SYLVESTER NATHANIEL WRIGHT**
_____/

## ORDER

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated May 16, 2018. ECF No. 105. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of the timely filed objections. ECF No. 109.

Having considered the Report and Recommendation, and the objection, the Court has determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion to vacate, set aside, or correct sentence (ECF No. 97) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 18th day of June 2018.

\_\_/s/ *M. Casey Rodgers*_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**